FILED
2016 Aug-24 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| WILLIAM H. DRINKARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. ______________ |
| | ) | |
| CRAIG S. ATCHISON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT AMCAP ASSET MANAGEMENT, LLC'S
NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant AmCap Asset Management, LLC ("AmCap"), gives notice of the removal of this cause to the United States District Court for the Northern District of Alabama, Middle Division. As support, AmCap states as follows:

I. Background and Timely Removal.

1. On May 31, 2016, Plaintiff William H. Drinkard ("Plaintiff") filed his Complaint styled *William H. Drinkard v. Craig S. Atchison, et al., AmCap Asset Management, LLC, et al., I-59 Realty, LLC, et al.*, in the Circuit Court of St. Clair County, Alabama, Case No. 75-CV-2016-000084.

2. AmCap was served, through its registered agent in Alabama, with a summons and a copy of Plaintiff's Complaint on July 25, 2016. Copies of all

process, pleadings and orders served upon AmCap, through its registered agent in Alabama, are attached as Exhibit A. A copy of the St. Clair County Circuit Court's entire file, as of August 24, 2016, is attached as Exhibit B.

3. Defendant Craig S. Atchison ("Mr. Atchison"), a Texas citizen, has not yet been served with a summons or Plaintiff's Complaint.

4. Plaintiff originally named 1-59 Realty, LLC, a Texas limited liability company, as a defendant. However, 1-59 Realty, LLC has not been served with a summons or the Complaint, and the case docket has deleted 1-59 Realty, LLC as a party.

5. AmCap is the only party that has been served with a summons and a copy of Plaintiff's Complaint. Thus, at this time, it is the only party that must consent to the removal of this action. *See* 28 U.S.C. § 1446(b)(2)(A) (requiring "all defendants who have been properly joined and served" to "join in or consent to the removal of the action").

6. Because AmCap has filed this Notice of Removal within thirty days of service, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b)(1).

II. <u>This Court Has Original Jurisdiction Of This Action Under 28 U.S.C. § 1332 Based on Diversity Of Citizenship.</u>

7. At all relevant times, including the time of filing the Complaint and the time of removal, Plaintiff William H. Drinkard is and was a citizen of the state of Alabama. *See* Compl. ¶ 1.

8. At all relevant times, including the time of filing the Complaint and the time of removal, AmCap is and was a citizen of Texas within the meaning of 28 U.S.C. § 1332(c). AmCap is a limited liability company. For diversity of citizenship purposes, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *See Rolling Greens MHP, LP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004). Mr. Atchison is the sole member of AmCap. *See* Declaration of Craig S. Atchison ¶ 3, attached as Exhibit C. Mr. Atchison is and was a citizen of Texas. *Id.* ¶ 4; *see also* Compl. ¶ 2. Because AmCap's sole member is and was a citizen of Texas, AmCap is and was a citizen of Texas for purposes of 28 U.S.C. § 1332(c). AmCap is not and was not a citizen of Alabama.

9. Because Plaintiff is a citizen of the state of Alabama and the only properly served defendant,[1] AmCap, is not a citizen of the state of Alabama, diversity of citizenship is satisfied under 28 U.S.C. § 1332(a).

10. In his Complaint, Plaintiff demands judgment against Defendants for $144,450 plus interest and costs. Compl. p.5. The amount in controversy exceeds $75,000.

---

[1] Plaintiff originally named 1-59 Realty, LLC, "a Texas Limited Liability Company," as a defendant. *See* Compl. ¶ 4. However, because 1-59 Realty, LLC has not been served and appears to have been dropped from the suit, its citizenship is not considered for purposes of this removal.

11. Because this action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction of this action under 28 U.S.C. § 1332(a)(1) and removal jurisdiction under 28 U.S.C. § 1441(a).

III. Venue Is Proper For This Removal.

12. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

13. Pursuant to 28 U.S.C. § 81(a)(6), this Court embraces the Circuit Court of St. Clair County, Alabama, where the action is currently pending. Accordingly, this Court is the appropriate venue for removal of this action.

IV. Additional Procedural Requirements.

14. Promptly after the filing of this Notice of Removal, AmCap will serve Plaintiff with this Notice of Removal and will file a copy of this Notice of Removal with the Circuit Court of St. Clair County, Alabama, pursuant to 28 U.S.C. § 1446(d).

15. Should Plaintiff seek to remand this case to state court, AmCap respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case.

16. AmCap submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

17. AmCap reserves the right to supplement this Notice of Removal.

WHEREFORE, AmCap submits that this action is removable based on diversity jurisdiction and respectfully requests that the above-captioned action pending against AmCap be removed to the United States District Court for the Northern District of Alabama. AmCap also requests all other relief, at law or in equity, to which it justly is entitled.

*s/ A. Lane Morrison*
One of the Attorneys for Defendant, AmCap Asset Management, LLC

**OF COUNSEL:**
Sara A. Ford, *sford@lightfootlaw.com*
Wesley B. Gilchrist, *wgilcrist@lightfootlaw.com*
A. Lane Morrison, *lmorrison@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
(205) 581-0700 (telephone)
(205) 581-0799 (facsimile)

## CERTIFICATE OF SERVICE

I do hereby certify that on August 24, 2016, I electronically filed the foregoing Defendant AmCap Asset Management, LLC's Notice of Removal using the Court's CM/ECF method, and that a copy of the foregoing was served on Plaintiff and all counsel of record, as listed below, via certified mail, return receipt requested, by placing it into an official depository of the United States Postal Service, on this the 24th day of August, 2016.

William H. Drinkard
548 Village Springs Lane
Springville, AL 35146
(256) 338-8889 (telephone)

/s/ *A. Lane Morrison*
OF COUNSEL