FILED
2016 Sep-07 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| WILLIAM H. DRINKARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:16-cv-01391-SGC |
| | ) | |
| CRAIG S. ATCHISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

The plaintiff has filed a notice of dismissal, explicitly invoking Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*. (Doc. 9). Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**. FED. R. CIV. P. 41(a)(1)(A)(i).

**DONE** and **ORDERED** this 7th day of September, 2016.

Staci G. Cornelius

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE